AO 442 11/11 (Rev. 11/11) Arrest Warrant

RECEIVED
UNITED STATES MARSHAL
2:16 pm, Nov 13 2024
WESTERN NORTH CAROLINA
CHARLOTTE

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 0419 3:23CR00103- 001 |
| | ) | |
| | ) | 25-3150-JDH |
| John Tibbs | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Tibbs,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: See Petition for Warrant.

Signed: November 13, 2024

City and state: Charlotte, NC

David C. Keesler
United States Magistrate Judge

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*